IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

HARRY WILLIAM LOTT,

    Plaintiff,                                  Case No. 2:13-cv-0463
                                            Judge Gregory L. Frost
v.                                             Magistrate Judge Terrence P. Kemp

HMP OF WOOD COUNTY, PLLC,

    Defendant.

## ORDER

The Magistrate Judge conducted an initial screen of Plaintiff's Complaint as required by 28 U.S.C. § 1915(e)(2) and recommended that the Court dismiss this action for failure to state a claim upon which relief may be granted. (ECF No. 7.) Specifically, the Magistrate Judge concluded that Plaintiff's Complaint, which attempts to assert a claim under 15 U.S.C. § 1692b (a provision of the Fair Debt Collection Practices Act ("FDCPA")), fails to state a valid claim because Defendant is not a "debt collector" under the FDCPA, at least according to the allegations in the Complaint. (*Id.* at PAGEID# 21.)

The Report and Recommendation specifically advises Plaintiff that the failure to object to the Report and Recommendation within fourteen days of the date of the Report (*i.e.*, June 17, 2013) results in a "waiver of the right to have the district judge review the Report and Recommendation *de novo*, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation." (ECF No. 7 at PAGEID# 22.) The time period for filing objections to the Report and Recommendation has expired. Plaintiff has not objected to the Report and Recommendation.

1

The Court has reviewed the Report and Recommendation. Noting that no objections have been filed and the time for filing such objections has expired, the Court **ADOPTS** the Report and Recommendation. Accordingly, the Court **DISMISSES** Plaintiff's Complaint pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**IT IS SO ORDERED.**

    **/s/ Gregory L. Frost**
    **GREGORY L. FROST**
    **UNITED STATES DISTRICT JUDGE**